## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

LEONARD DICKERSON
ADC # 88387                                                                       PLAINTIFF

V.                                  5:07CV00132 WRW

KIM LUCKETT, Warden, Varner Super Max
Unit, Arkansas Department of Correction; GRANT HARRIS,
Warden, Varner Super Max Unit, Arkansas Department of Correction;
GIPSON, Captain, Varner Super Max Unit, Arkansas Department
of Correction ; and RAY HOBBS, Asst. Director,
Arkansas Department of Correction                                                 DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED, this 14th day of June, 2007.

>                   /s/ Wm. R. Wilson, Jr.
>              UNITED STATES DISTRICT JUDGE